In the Matter of the Claim of DOMINIC CATALANO, Respondent, against C. KENYON & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.

— Award modified to make compensation payable from August 28, 1926, to February 18, 1927, instead of from June 29, 1926, and as so modified unanimously affirmed, without costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of CARMELA CACCAVONE, Respondent, against ROCKLAND FINISHING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.